# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIESHA JACKSON | * | CIVIL ACTION NO.: 2:23-cv-06693 |
| | * | |
| VERSUS | * | DISTRICT JUDGE: SARAH S. VANCE |
| | * | |
| RAINBOW USA, INC. AND STARR INDEMNITY & LIABILITY COMPANY | * * * * | MAGISTRATE JUDGE: KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Rainbow USA, Inc. ("Rainbow") and Starr Indemnity & Liability Company ("Starr") (collectively "Defendants"), who respectfully request that this Court allow Victoria A. Andry (La. Bar No. 40687, vandry@twpdlaw.com) of the law firm Taylor, Wellons, Politz & Duhe, LLC to enroll as additional counsel of record for Defendants. Defendants request that the above-named counsel be registered to receive notification of all filings through the CM/ECF system. Undersigned counsel represents that Victoria A. Andry consents to her enrollment as additional counsel of record for Defendants.

WHEREFORE, Defendants, Rainbow USA, Inc. and Starr Indemnity & Liability Company, pray that Victoria A. Andry of the law firm Taylor, Wellons, Politz & Duhe, LLC be allowed to enroll as additional counsel of record and be registered to receive notification of all filings through the CM/ECF system.

Respectfully submitted,

*/s/ Derrick A. Jusczak*
Paul J. Politz, La. Bar No. 19741
ppolitz@twpdlaw.com
Derrick A. Jusczak, La. Bar No. 36523
djusczak@twpdlaw.com
TAYLOR, WELLONS, POLITZ & DUHE, LLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone:  (504) 525-9888
Facsimile:  (504) 525-9899

***Counsel for Rainbow USA, Inc. and Starr Indemnity & Liability Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 27th day of February, 2024.

*/s/ Derrick A. Jusczak*
TAYLOR, WELLONS, POLITZ & DUHE, LLC