UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIESHA JACKSON** | \* **CIVIL ACTION NUMBER: 2:23-CV-06693** |
| | \* |
| **VERSUS** | \* **DISTRICT JUDGE:** |
| | \* **SARAH S. VANCE** |
| **RAINBOW USA, INC. AND STARR** | \* |
| **IDEMNITY & LIABILITY COMPANY** | \* **MAGISTRATE JUDGE:** |
| | \* **KAREN WELLS ROBY** |
| | \* |
| | \* **JURY DEMAND** |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Tiesha Jackson, who moves this Honorable Court for an order allowing Allison J. Johnson (#36207) to enroll as counsel with Wright & Gray, 201 St. Charles Avenue, Suite 2710, New Orleans, LA, 70170, as additional counsel of record for Plaintiff.

WHEREFORE, Plaintiff, Tiesha Jackson, prays this Honorable Court grant this Motion to Enroll as Counsel of Record in the above numbered and entitled cause.

Respectfully submitted,

**WRIGHT & GRAY**

*/s/ Daryl A. Gray*
**DARYL A. GRAY, La. Bar No. 34225**
**ERIC A. WRIGHT, La. Bar No. 26149**
**ALLISON J. JOHNSON, La. Bar No. 36207**
201 St. Charles Ave., Suite 2710
New Orleans, LA 70170
Telephone: 504-500-0000
Facsimile:  504-324-0445
daryl@wrightgray.com
eric@wrightgray.com
allison@wrightgray.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of March, 2024, electronically filed the above and foregoing pleading with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system.

*/s/ Daryl A. Gray*
Daryl A. Gray